```
         IN THE UNITED STATES DISTRICT COURT
        FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                    EASTERN DIVISION
```

**TERRY L. CRAFT, #L-4910**                                          **PLAINTIFF**

**VERSUS**                          **CIVIL ACTION NO. 4:07-cv-90-TSL-LRA**

**WARDEN DALE CASKEY,**
**E.L. SPARKMAN AND CHRISTOPHER EPPS**                              **DEFENDANTS**

## FINAL JUDGMENT

This cause is before the court, <u>sua sponte</u>, for consideration of dismissal. Pursuant to the Memorandum Opinion and Order issued this day, it is hereby, ORDERED AND ADJUDGED that this cause be dismissed without prejudice.

SO ORDERED AND ADJUDGED, this the  26th  day of October, 2007.


                              /s/Tom S. Lee
                              UNITED STATES DISTRICT JUDGE